# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | |
|---|---|
| AFFINITY LABS OF TEXAS, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SAMSUNG ELECTRONICS CO., LTD., ) <br> SAMSUNG ELECTRONICS AMERICA, INC., ) <br> SAMSUNG TELECOMMUNICATIONS ) <br> AMERICA, LLC F/K/A SAMSUNG ) <br> TELECOMMUNICATIONS AMERICA, L.P., ) <br> HIGH TECH COMPUTER CORP., A/K/A HTC ) <br> CORP., H.T.C. (B.V.I.) CORP., HTC ) <br> AMERICA, INC.; LG ELECTRONICS, INC., ) <br> LG ELECTRONICS USA, INC., AND LG ) <br> ELECTRONICS MOBILECOMM U.S.A., INC. ) <br> D/B/A LG MOBILE PHONES, ) <br> ) <br> Defendants. | Case No. 1:12-cv-00557-RC <br><br> **JURY TRIAL DEMANDED** |

## STIPULATION OF DISMISSAL WITH RESPECT TO HTC (B.V.I.) CORP.

WHEREAS, Plaintiff Affinity Labs of Texas, LLC ("Affinity Labs") has filed suit against HTC (B.V.I.) Corp. ("HTC BVI") for infringement of U.S. Patent Nos. 7,187,947, 7,324,833, 7,634,228, 7,953,390, 8,359,007;

WHEREAS, HTC BVI has represented under oath that it does not make, use, sell, offer for sale, or import any products, including smartphones and tablets;

WHEREAS, HTC BVI has represented under oath that it has no involvement in the manufacture, marketing, sale, import, or distribution of any products, including smartphones and tablets;

1

NOW THEREFORE THE PARTIES HEREBY STIPULATE that Affinity Labs dismisses its claims against HTC BVI for infringement of U.S. Patent Nos. 7,187,947, 7,324,833, 7,634,228, 7,953,390, 8,359,007, reserving the right to refile those claims should discovery show that the factual basis for this stipulation is incorrect.

| | |
|---|---|
| Date: April 5, 2013 | Respectfully submitted, |
| */s/ Jerry R. Selinger (with permission)* <br> Jerry R. Selinger <br> State Bar No. 18008250 <br> jselinger@pattersonsheridan.com <br> Susan E. Powley <br> State Bar No. 00784785 <br> spowley@pattersonsheridan.com <br> PATTERSON & SHERIDAN, LLP <br> 1700 Pacific Avenue, Suite 2650 <br> Dallas, Texas 75201 <br> Telephone: 214-272-0957 <br> Facsimile: 214-296-0256 <br><br> **ATTORNEYS FOR DEFENDANTS HTC CORPORATION, H.T.C. (B.V.I.) CORP. and HTC AMERICA, INC.** | */s/ Cyrus A. Morton (with permission)* <br> **Germer Gertz, L.L.P.** <br> Lawrence Louis Germer <br> (TX Bar # 07824000) <br> Charles W. Goehringer, Jr. <br> (TX Bar # 00793817) <br> 550 Fannin, Suite 400 <br> P.O. Box 4915 <br> Beaumont, Texas 77701 <br> Telephone: (409) 654-6700 <br> Fax: (409) 835-2115 <br> llgermer@germer.com <br> cwgoehringer@germer.com <br><br> **Robins, Kaplan, Miller & Ciresi L.L.P.** <br> Ronald J. Schutz  (MN Bar No. 130849) <br> (Eastern District of Texas Member) <br> Cyrus A. Morton (MN Bar No. 287325) <br> (Eastern District of Texas Member) <br> Daniel R. Burgess (MN Bar No. 389976) <br> (Eastern District of Texas Member) <br> Shira T. Shapiro (MN Bar No. 390508) <br> (*pro hac vice*) <br> Kristine Tietz (MN Bar No. 393477) <br> (*pro hac vice*) <br> 800 LaSalle Avenue, Suite 2800 <br> Minneapolis, Minnesota 55402 <br> Telephone: (612) 349-8500 <br> Fax:  (612) 339-4181 <br> RJSchutz@rkmc.com <br> CAMorton@rkmc.com <br> DRBurgess@rkmc.com <br> STShapiro@rkmc.com <br> KATietz@rkmc.com <br><br> **Attorneys for Plaintiff Affinity Labs of Texas, LLC** |

**CERTIFICATE OF SERVICE**

  I hereby certify that on April 5, 2013, I caused a true and correct copy of this document (Stipulation of Dismissal with Respect to HTC (B.V.I.) Corp.) to be served on all counsel of record via Electronic Case Filing (ECF) pursuant to Local Rule CV-5(a).

Dated: <u>April 5, 2013</u>           */s/ Charles W. Goehringer*
                      Charles W. Goehringer, Jr.