IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| AFFINITY LABS OF TEXAS, L.L.C. | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | Civil Action No. 1:12-CV-00557 |
| v. | § | |
| | § | |
| SAMSUNG ELECTRONICS CO., LTD., ET AL | § | JUDGE RON CLARK |
| | § | |
| | § | |
| *Defendant*. | | |

## ORDER DISMISSING HTC (B.V.I.) CORP.

Before the court is Plaintiff Affinity Labs of Texas, LLC and Defendant HTC (B.V.I.) Corporation's joint Stipulation of Dismissal. [Doc. #48]. In this stipulation, the parties have agreed that Plaintiff Affinity Labs of Texas, LLC will dismiss its claims against Defendant HTC (B.V.I.) Corp. for infringement of U.S. Patent Nos. 7,187,947; 7,324,833; 7,634,228; 7,953,390; and 8,359,007. Plaintiff Affinity Labs of Texas, LLC has reserved its right to re-file these claims should discovery show that Defendant HTC (B.V.I.) makes, uses, sells, offers for sale, or imports smartphones or tablets.

IT IS THEREFORE ORDERED that Plaintiff Affinity Labs of Texas, LLC's claims against Defendant HTC (B.V.I.) Corp. are DISMISSED WITHOUT PREJUDICE, pursuant to the stipulation between the parties.

IT IS FURTHER ORDERED THAT Defendant HTC (B.V.I.)'s Motion to Dismiss for Lack of Jurisdiction [Doc. #39] is DENIED AS MOOT.

So **ORDERED** and **SIGNED** on April 22, 2013.

_____
Ron Clark, United States District Judge