\*\* NOT PRINTED FOR PUBLICATION \*\*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| AFFINITY LABS OF TEXAS, LLC, | § § | |
| *Plaintiff,* | § § § | CIVIL ACTION No. 1-12-CV-557 |
| v. | § § | JUDGE RON CLARK |
| SAMSUNG ELECTRONICS, CO. LTD, et al., | § § | |
| *Defendant.* | § | |

## ORDER GRANTING JOINT MOTION TO AMEND THE DISCOVERY ORDER

Before the court is the parties' Joint Motion to Amend the Discovery Order. [Doc. # 141]. After considering the arguments of the parties, the court is of the opinion that it should grant this motion. IT IS THEREFORE ORDERED that the Joint Motion Amend the Discovery Order [Doc. # 141] is GRANTED and the schedule is amended as set forth below.

| Event | New Deadline |
|---|---|
| Deadline to complete e-mail production | February 21, 2014 |
| Deadline to exchange privilege logs or verify that there are no disputes as to claims of privilege.  Such verification does NOT nullify any agreement or order regarding "clawback" of inadvertently disclosed privileged information. | March 21, 2014 |

So **ORDERED** and **SIGNED** this **19** day of **December, 2013.**

_____
Ron Clark, United States District Judge

1