** NOT PRINTED FOR PUBLICATION **

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| AFFINITY LABS OF TEXAS, LLC, | § § | |
| *Plaintiff,* | § § § | CIVIL ACTION No. 1-12-CV-557 |
| v. | § § | JUDGE RON CLARK |
| SAMSUNG ELECTRONICS CO., LTD, et al., | § § | |
| *Defendants.* | § | |

## ORDER GRANTING AGREED MOTION TO DISMISS

Before the court is the Agreed Motion to Dismiss. [Doc. # 176]. Plaintiff Affinity and Defendants LG Electronics, LG Electronics USA, and LG Electronics MobileComm U.S.A. seek a dismissal with prejudice. The court is of the opinion that it should grant this. IT IS THEREFORE ORDERED that the Agreed Motion to Dismiss [Doc. # 176] is GRANTED, the case between Plaintiff Affinity and Defendants LG Electronics, LG Electronics USA, and LG Electronics MobileComm U.S.A. is DISMISSED WITH PREJUDICE, and costs will be borne by the party incurring the same.

So **ORDERED** and **SIGNED** on May  9 , 2014.

_____
Ron Clark, United States District Judge